IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TERRY LEE NELSON | § | |
| VS. | § | CIVIL ACTION NO. 9:14cv24 |
| ASSISTANT WARDEN MUNIZ, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Terry Lee Nelson, an inmate formerly at the Polunsky Unit, proceeding *pro se*, brought the above-styled lawsuit against prison officials.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends that plaintiff's motion for injunctive relief be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. It is

**ORDERED** that plaintiff's motion for injunctive relief is **DENIED**.

So **ORDERED** and **SIGNED** this **19** day of **September, 2014.**

_____
Ron Clark, United States District Judge