IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TERRY LEE NELSON | § | |
| VS. | § | CIVIL ACTION NO. 9:14cv24 |
| ASSISTANT WARDEN MUNIZ, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Terry Lee Nelson, an inmate at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties. Ceeqtfkpin{."yj g'hkpfkpi u'qh'hcev'cpf "eqpenwukqpu'qh'ncy "qh'yj g'o ci kutcvg'lwfig

""""""""""are correct"cpf "yj g'tgrqtv'qh'yj g'o ci kutcvg'lwfi g'ku'CFQRVGF0

**It is SO ORDERED.**

**SIGNED this 18th day of May, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE